UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PHILIP JOHNSON, pro se,

                         Plaintiff,

-against-

QUEENS ADMINISTRATION FOR CHILDREN'S
SERVICES; THE COMMISSIONER OF SOCIAL
SERVICES OF N.Y.; MARC WILLIAMS, ACS
worker; MARION JOHNSON; SANDRA LEDYARD,
Supervisor ACS; THE CITY OF NEW YORK;
CORP. COUNCIL [sic] N.Y.,

                         Defendants.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 4497 (DLI)

       A Memorandum and Order of Honorable Dora I. Irizarry, United States District Judge, having been filed on January 31, 2006, granting defendants' motion for summary judgment in its entirety; and dismissing the complaint without costs to either party; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted in its entirety; and that the complaint is dismissed without costs to either party.

Dated: Brooklyn, New York
       February 03, 2006

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court